# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

December 29, 2015

Lyle W. Cayce
Clerk

No. 15-20251
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

GONAZLO DELGADO RAZO, also known as Carlos Israel Gamez, also known as Armando Salinas, also known as Gonzalo Razo, also known as Gonzalo Razo-Delgado, also known as Gonzalo Delgado Raso,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:14-CR-393-1

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Gonazlo Delgado Razo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Razo has not filed a response, has completed the confinement portion of his sentence, and has been removed from the United

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-20251

States. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review even if the challenge to his sentence is not moot. *See United States v. Rosenbaum-Alanis*, 483 F.3d 381, 381-83 (5th Cir. 2007); *see also United States v. Heredia-Holguin*, 789 F.3d 625 (5th Cir.), *reh'g en banc granted*, 803 F.3d 745 (5th Cir. 2015). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.